IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:98-mc-90

FILED
CHARLOTTE, N.C.

OCT 13 1998

U.S. DISTRICT COURT
W. DIST. OF N.C.

IN RE: OFFICIAL COURT CLOSINGS FOR 1998.

THIS MATTER is before the Court upon its own motion. The Western District of North Carolina Judiciary Branch will be closed on the following dates:

1) Friday, November 27, 1998
2) Thursday, December 24, 1998
3) Thursday, December 31, 1998.

IT IS SO ORDERED.

This the 12th day of October, 1998.

_____
GRAHAM C. MULLEN
CHIEF UNITED STATES JUDGE